No. 87–6519.  RIAL *v.* JERISHA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–6525.  CORDEIRO *v.* CONNER ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 87–6526.  GREEN ET AL. *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–6528.  BRAAN *v.* DISTRICT OF COLUMBIA PUBLIC DEFENDER SERVICE.  C. A. D. C. Cir.  Certiorari denied.

No. 87–6532.  FIELDS *v.* HARRISON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6534.  VALENZUELA GAMEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6535.  CRAWFORD *v.* JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–6537.  GAINS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 87–6541.  ALSTON *v.* MARINE MIDLAND BANK, N. A.  Ct. App. N. Y.  Certiorari denied.

No. 87–6566.  WATKINS *v.* JONES, SUPERINTENDENT, BOSTICK CORRECTIONAL CENTER.  C. A. 11th Cir.  Certiorari denied.

No. 87–6591.  BRADBERRY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–6592.  ESTUS *v.* AZZARELLI.  C. A. 3d Cir.  Certiorari denied.

No. 87–6595.  HERNANDEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 87–6603.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–6608.  GOLDSBOROUGH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.